UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 8:98-cr-368-T-24TGW

ANTHONY BRAMBLE

_____/

**ORDER**

      This cause comes before the Court on violation of supervised release. Defendant Bramble was sentenced on March 23, 1999, for the offense of possession with intent to distribute 5 grams or more of cocaine base. He received a sentence of 92 months imprisonment in the Bureau of Prisons, followed by 48 months of supervised release with the special condition of drug treatment. On April 15, 2005, this Court was notified that on March 18, 2005 and March 25, 2005, Defendant tested positive for cocaine. The Court took no action as Defendant was enrolled in an out-patient treatment program. On February 17, 2006, the sentence was amended or modified as follows: Defendant shall perform 25 hours of community service as directed by the United States Probation Officer.

      On September 1, 2006, the probation officer filed a superceding petition with the Court stating that Defendant Bramble had violated his supervised release by alleged new criminal conduct occurring while on supervision of possession of crack cocaine, failing to notify the probation officer within seventy-two hours after being arrested, and a positive urinalysis for use of a controlled substance, specifically cocaine, on July 17, 2006, July 24, 2006, August 11, 2006 and August 17, 2006.

      On September 6, 2006, the Court held a final revocation hearing. At the hearing,

Defendant Bramble admitted to a violation of the condition of supervision as set forth in the judgment that prohibits the Defendant from committing another federal, state or local crime while under supervision, a violation of Condition Number 11 of the Standard Conditions of Supervision as set forth in the judgment that requires the Defendant to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer, and four violations of Condition Number 7 of the Standard Conditions of Supervision as set forth in the judgment that prohibits use of a controlled substance.  Accordingly, the Court finds that Defendant Bramble violated these conditions and his supervised release.

Having considered the violations, it is **ORDERED AND ADJUDGED** that Defendant Bramble's supervised release is **REVOKED**.  Defendant Bramble is sentenced to a term of twenty-one (21) months in the Federal Bureau of Prisons.  In imposing the sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines.

**DONE AND ORDERED** at Tampa, Florida this 6th day of September, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Donald L. Hansen, AUSA
Andrea Stubbs, Esq.
U.S. Marshals Service
U.S. Probation Office